IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JERRY PRYOR                                                                                          PLAINTIFF

V.                                  CASE NO. 4:19-CV-00233 JM

UNION PACIFIC RAILROAD
COMPANY, *et al.*                                                                                DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Defendants, and Plaintiff's complaint is dismissed with prejudice.

DATED this 30th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE